UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: Michael R. Pandullo,<br>Attorney at Law, Bar No. 10707 | Case No.: 2:19-ms-00071<br><br>ORDER OF SUSPENSION |

On August 11, 2019, this Court entered an Order to Show Cause, mailed via certified mail with a Certified Mail Return Receipt date of delivery of August 14, 2019. The Order to Show Cause provided Mr. Pandullo with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Mr. Pandullo. Failure to respond within 30 days warrants an Order of Suspension. *See* LR IA 11-7.

It is therefore ordered that Michael R. Pandullo, Bar No. 10707, is hereby suspended from practice in United States District Court for the District of Nevada.

DATED THIS 19th day of September 2019.

_____
MIRANDA M. DU, CHIEF JUDGE
UNITED STATES DISTRICT COURT

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this 19th day of September, 2019, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

>Michael R. Pandullo
>112 Cascade Lake Street
>Las Vegas, NV 89148

Certified Mail No.: 7019 0700 0001 7574 6154

>/s/ Lorena Q.
>Deputy Clerk
>United States District Court,
>District of Nevada